UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MANUEL FUNCIA a/k/a MANUEL J. FUNCIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>NEW YORK STOCK EXCHANGE NYSE GROUP; JEROME LEVY; DAVID CAREY; JEANNE MILLER; SECURITIES AND EXCHANGE COMMISSION (SEC); HARVEY GOLDSCHMIT; SUSAN WYDERKA; AL PENSA; JIM CLARKSON; ABN-AMNRO; ING; FURMAN SELZ; MICHAEL PYTRCKI; DAVID DUFFY,<br><br>　　　　　　　　　　Defendants. | 19-CV-10718 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the orders issued January 15, 2020 and March 2, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim upon which relief. Plaintiff is barred from filing future civil actions *in forma pauperis* in this Court, regarding his relationship with the SEC, without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　March 2, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.